IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYTHAM ALBIZEM AND FARRAH ALIMAN | : | CIVIL ACTION |
| v. | : | |
| ROBERT J. MINTZ, ESQUIRE | : | NO. 11-CV-2004 |

O R D E R

AND NOW, this   23rd   day of May, 2012, IT IS HEREBY ORDERED that:

1. Defendant's motions to dismiss (Dkt. # 4, 10) are consolidated and considered as one motion.

2. Defendant's motion to dismiss is GRANTED.

2. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.